AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:26-mj- 204 |
| GARRETT MICHAEL AMBRESTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

**FILED**

JUN 1 7 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____February 3, 2026_____ in the county of ___City of Virginia Beach___ in the
___Eastern___ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening employees of the United States |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

/s/ E. Rebecca Gantt

_____
_Complainant's signature_

Emily N. Bueras, TFO, FBI
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____06/17/2026_____

_____
_Judge's signature_

City and state: _____Norfolk, Virginia_____

Hon. Lawrence R. Leonard. U.S. Magistrate Judge
_____
_Printed name and title_