JS 45 (11/2002)                                        **REDACTED**

**Criminal Case Cover Sheet**                                          **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒  No | Judge Assigned: |
|---|---|---|
| City:  EDVA | Superseding Indictment: | Criminal Number: |
| County/Parish: | Same Defendant: | New Defendant: |
|  | Magistrate Judge Case Number: | Arraignment Date: |
|  | Search Warrant Case Number: |  |
|  | R 20/R 40 from District of               . |  |

**Defendant Information:**

| Juvenile: Yes ☐   No ☒ | FBI#: | VA STATE ID #:  VA A61620281 |
|---|---|---|

Defendant Name: GARRETT MICHAEL AMBRESTER        Alias Name(s):

Address ███████████  ████████████████████

| Birth Date: ██████ | SS#: ██████ | Sex: M | Race: W | Nationality: | Place of Birth: |
|---|---|---|---|---|---|

| Height: 5 ' 09" | Weight: 145 lbs. | Hair: BRO | Eyes: BLU | Scars/Tattoos: |
|---|---|---|---|---|

Interpreter:  Yes ☐   No ☒    List Language and/or dialect:

**Location Status:**

| Arrest Date: |  |
|---|---|

☐ Already in Federal Custody:        as of

| ☐ Already in State Custody: | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Request |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender Should Not Be Appointed Due to Conflict of Interest |

**U.S. Attorney Information:**

| AUSA: E. Rebecca Gantt | Telephone No.  757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigations (FBI) 509 Resource Row Chesapeake, VA 23320

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 115(a)(1)(B) | To threaten to assault, kidnap, or murder a federal official with the intent to interfere with their official duties or to retaliate against them | 1 | Felony |