IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

FILED

JUN 17 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

GARRETT MICHAEL AMBRESTER,
                                Defendant.

**UNDER SEAL**

Case No. 2:26-mj-204

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Emily N Bueras, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Virginia Beach Police Department Detective and a Task Force Officer (TFO) with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been sworn in by the FBI as a TFO since 2026. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, § 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in Title 18, United States Code. In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, stalking and harassment, and sending threatening communications over the internet. I have previously been involved in criminal investigations concerning multiple violations of federal laws.

2.     As a Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.     The facts in this affidavit come from my personal observations and information obtained from other investigators and witnesses. This affidavit is intended to show merely that

there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for the criminal violations described in more detail below.

## STATUTORY AUTHORITY

4. This affidavit is submitted in support of a criminal complaint and arrest warrant charging defendant GARRETT MICHAEL AMBRESTER (hereinafter, "AMBRESTER") with violations of 18 U.S.C. § 115(a)(1)(B) – threatening employees of the United States.

## LEGAL AUTHORITY

5. 18 U.S.C. § 115(a)(1)(B) in relevant part, makes it unlawful to threaten to assault, kidnap, or murder a Federal law enforcement officer or an official whose killing would be a crime under 18 U.S.C. § 1114, with intent to impede, intimidate, or interfere with such official or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official or law enforcement officer on account of the performance of official duties. 18 U.S.C. § 1114 applies to "any officer or employee of the United States or of any agency in any branch of the United States Government."

## PROBABLE CAUSE

6. On or about February 7, 2026, FBI Norfolk received a threat to life (TTL) lead from the FBI National Threat Operation Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) regarding a voluntary emergency disclosure of information from Google containing subscriber information for YouTube user "Sawedoff," an IP address ending in 919, an email address of sawedoffrpg@gmail.com, and the thread of violent threats to kill employees of the National Aeronautics and Space Administration ("NASA") and of the Food

and Drug Administration ("FDA"), made by YouTube user "Sawedoff."

7.    The emergency disclosure provided that on or about February 3, 2026, the YouTube user "Sawedoff" posted the following on YouTube:

-2026-02-03 23:44:02 EST Nobody in space bitch my ar-15 will make sure of that

- 2026-02-03 23:43:46 EST Going to kill all of you demons whatch ,nobody going to space

-2026-02-03 23:42:17 EST Going to be fun killing you frauds faking space programs, going to make America great again for real, I won't stand for this shit anymore going to be some blood shed now, going to feel good gunning down NASA employees

-2026-02-03 23:41:34 EST Ar+15s gonna handle these frauds^we got addresses now

-2026-02-03 23:41:15 EST I'll send you terrorist to the grave for faking these fake space programs I'm fed up now

-2026-02-03 23:40:29 EST Going to be a lot of dead fake astronauts

-2026-02-03 23:40:20 EST Gonna be a war vs nasa-

2026-02-03 23:40:12 EST NASA? nothing a ar-15 can't handle, you won't fake anymore moon landings, going to be a war vs tou

-2026-02-03 23:34:49 EST I'd like to gun down the fda

-2026-02-03 23:34:00 EST I got a piece to not a doctor oz, wait till get you

8.    On or about February 7, 2026, an FBI Norfolk Special Agent (SA) queried law enforcement databases for the IP address ending in 919, which revealed a cellular ISP with Verizon Wireless.  The SA submitted an Emergency Disclosure Request (EDR) to Verizon Wireless for the subscriber information associated with the IP address. Verizon Wireless responded that the IP address came back to a prepaid Tracfone, cellular telephone number 757-***-6360, hereinafter "SUBJECT TELEPHONE NUMBER," with no subscriber information available. The last known location for the cellular telephone was in Virginia Beach, Virginia (VA), in the Eastern District of Virginia.

9.    On or about February 10, 2026, additional EDRs were submitted to Google and Verizon. Between on or about February 10 and 11, 2026, EDR results from Google and Verizon were received. The FBI reviewed the EDR results which provided additional IP addresses, location history, and short message service (SMS) content associated with the SUBJECT TELEPHONE NUMBER. Location history put the subject in vicinity of the intersection of Shore Drive and Pleasure House Road in Virginia Beach. In the SMS content the individual utilizing the SUBJECT TELEPHONE NUMBER texted the following, among other things:

> On or about February 5, 2026, at approximately 9:17 a.m., SUBJECT TELEPHONE NUMBER sent a text to telephone number 757-***-2360 that stated, "Call me when ever you want to move that stove I don't mind..I'll put it right in the trailer". A query of open source databases indicated telephone number 757-567-2360 was registered to [FIRST NAME REDACTED] Ambrester, later identified as AMBRESTER's father.
>
> On or about February 6, 2026, from approximately 2:26 a.m. to approximately 2:51 a.m., SUBJECT TELEPHONE NUMBER sent approximately 77 texts to telephone number 202-***-0000 stating various claims like "NASA is a fraud!" and "NASA still owned by Nazis!" A query of open source databases indicated telephone number 202-***-0000 is associated with NASA Headquarters.
>
> On or about February 6, 2026, at approximately 9:04 a.m., SUBJECT TELEPHONE NUMBER sent a text to telephone number 757-***-3499 that stated, "It's garrett".
>
> On or about February 6, 2026, at approximately 5:57 p.m., SUBJECT TELEPHONE NUMBER sent a text to telephone number 757-***-4790 that stated, "Thanks..I'll grab the stove on Monday I don't know you guys had switched em out..asked dad if he wanted me to switch out washer in dryer earlier and he said no". A query of open source databases indicated telephone number 757-***-4790 was registered to [FIRST NAME REDACTED] Ambrester, later identified as AMBRESTER's brother.
>
> On or about February 6, 2026, at approximately 9:14 p.m., SUBJECT TELEPHONE NUMBER sent a text to telephone number 757-***-5946 that stated, "Might start a YouTube and put my face out there..I kept threatening astro-nots so been hesitant,I get so mad and seems like I need training or some shit," followed by, "before I go viral".
>
> On or about February 7, 2026, at approximately 8:29 a.m., SUBJECT

TELEPHONE NUMBER sent a text to telephone number 757-***-9110 that stated, "If dude wants to get rid of the ar 22 let me know ".

On or about February 8, 2026, at approximately 4:01 a.m. and 4:16 a.m., SUBJECT TELEPHONE NUMBER sent a text to telephone number 804-***-2000 that stated, "Are you prepared for war?" and "A lot of irs agents heading to the hospital immediately". A query of open source databases indicated telephone number 804-***-2000 is associated to the Richmond, VA Federal Building.

10.    Through review of the SMS content, AMBRESTER, age 35, was identified as a potential subject with an address in Virginia Beach which coincided with the historical location data.

11.    On February 20, 2026, Agents attempted to contact AMBRESTER at the Virginia Beach address. At the residence were AMBRESTER'S father and brother. Agents explained to the family the threats that were posted on YouTube. The family stated this is not a new occurrence and AMBRESTER resides nearby with his mother. AMBRESTER's father further stated a few years ago AMBRESTER started to take medication for alcohol addiction. Since then, AMBRESTER had not been able to hold a job and started talking about different conspiracy theories. AMBRESTER's father also stated AMBRESTER was making electronic and telephonic threats to various government agencies and law enforcement. Neither AMBRESTER's brother nor father was aware of any mental health diagnosis. They also stated AMBRESTER changed his phone number every couple of months which made it difficult to keep in contact with him.

12.    During the interview with Agents, AMBRESTER's father called AMBRESTER's mother to let her know law enforcement officers wanted to speak with AMBRESTER. AMBRESTER's mother put AMBRESTER on the phone. Agents identified themselves to AMBRESTER and the nature of their interview. AMBRESTER immediately became irate due to the fact Agents were with his family members. AMBRESTER called the Agents "servants" and refused to speak with the Agents.

13.     On or about June 7, 2026, the FBI received a new emergency disclosure from Google for additional postings on YouTube which occurred on or about June 3, 2026 by user "Johndane," email account irondome1933@gmail.com.  An associated IP address, through Cox Communications, returned to AMBRESTER's mother at an address in Virginia Beach.  The postings included: "My ar-15 kills tyrannical government agents," "Gonna be a lot of dead tyrannical government against in a box soon July 4th 2026," "I'm going to start shooting tyrannical government agents July 4th 2026 so ya'll know that's a promise," and similar statements.

14.     On or about June 10, 2026, FBI Norfolk TFO obtained search warrants in Virginia Beach for both sawedoffrpg@gmail.com and irondome1933@gmail.com. Returns have not been received as of June 15, 2026.

## CONCLUSION

15.     Based on the information and evidence set forth above, I respectfully submit there is probable cause to establish that on or about February 3, 2026, in Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere, GARRETT MICHAEL AMBRESTER threatened to assault, kidnap, or murder a Federal law enforcement officer or an official whose killing would be a crime under 18 U.S.C. § 1114, with intent to impede, intimidate, or interfere with such official or law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such official or law enforcement officer on account of the performance of official duties, in violation of 18 U.S.C. § 115(a)(1)(B).

17.     Accordingly, I request that a complaint be issued charging GARRETT MICHAEL AMBRESTER with such offense.

FURTHER, AFFIANT SAYETH NOT.

Emily N Bueras
Task Force Officer
Federal Bureau of Investigation


Subscribed and sworn before me on this 17th day of June 2026, in the City of Norfolk, Virginia.

Honorable Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE